**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| WHITNEY MEHRKENS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26−CV−02710−TLN−SCR<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT WALMART INC. RESPOND TO PLAINTIFF'S COMPLAINT** |

**ORDER**

The Court, having considered the Joint Motion to Extend Time to Respond to Plaintiff's Complaint, hereby GRANTS the motion. The following deadlines shall apply in this case:

a. Walmart shall move to compel arbitration by September 28, 2026. If Walmart does not move to compel arbitration by that date, Walmart shall answer or otherwise respond to the Complaint on or before September 28, 2026.

b. Walmart's deadline to answer the Complaint or file a dispositive motion under Federal Rule of Civil Procedure 16 shall be extended until 30 days following denial, if any, of Walmart's motion to compel arbitration; if Walmart files an interlocutory appeal of that order under Section 16(a) of the Federal Arbitration Act, its deadline to answer or file a dispositive motion shall be further extended until 30 days after the case is remanded to this Court after expiration of all appellate proceedings, including in the Supreme Court of the United States, if applicable.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Troy L. Nunley
Chief United States District Judge