United States District Court
Eastern District of California

WHITNEY MEHRKENS

Plaintiff(s)

V.

WALMART INC.

Defendant(s)

Case Number: 2:26-CV-02710-TLN-SCR

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bradley Allen Tucker hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Walmart Inc.

On 11/09/2017 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Concurrently filing a Pro Hac Vice application for the matter of ORVAL CRONE III, ET AL., v. WAL-MART STORES, INC., ET AL., Case No. 2:26-cv-02728-AC

Date: 09/01/2026

Signature of Applicant: /s/ Bradley Allen Tucker

**Pro Hac Vice Attorney**

Applicant's Name: Bradley Allen Tucker

Law Firm Name: Eimer Stahl LLP

Address: 224 South Michigan Avenue

Suite 1100

City: Chicago State: IL Zip: 60604

Phone Number w/Area Code: (312) 660-7662

City and State of Residence: Chicago, Illinois

Primary E-mail Address: btucker@eimerstahl.com

Secondary E-mail Address: kcrowell@eimerstahl.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Collin J. Vierra

Law Firm Name: Eimer Stahl LLP

Address: 1999 South Bascom Avenue

Suite 1025

City: Campbell State: CA Zip: 95008

Phone Number w/Area Code: (408) 889-1668 Bar # 322720

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: Septembr 1, 2026

JUDGE, U.S. DISTRICT COURT