UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITNEY MEHRKENS, on behalf of herself and all others similarly situated,<br>Plaintiffs,<br>v.<br>WALMART INC., a Delaware Corporation,<br>Defendant. | No. 2:26-cv-02710-TLN-SCR<br>**RELATED CASE ORDER** |
| ORVAL CRONE III and JESSICA CRONE, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>WALMART STORES, INC., a Delaware Corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; WALMART, INC., a Delaware Corporation,<br>Defendants. | No. 2:26-cv-02728-DAD-AC |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 2:26-cv-02728-DAD-AC is reassigned to District Judge Troy L. Nunley and Magistrate Judge Sean C. Riordan, and the caption shall read 2:26-cv-02728-TLN-SCR. Any dates currently set in 2:26-cv-02728-DAD-AC are hereby VACATED. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

DATED: September 30, 2026

Troy L. Nunley
Chief United States District Judge