**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**WHITNEY MEHRKENS**, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

**WALMART INC.,** a Delaware Corporation, and DOES 1 through 50, inclusive,

Defendants.

**Case No. 2:26-cv-02710-TLN-SCR**

**ORDER GRANTING STIPULATION CONSOLIDATING CASES FOR PRE-TRIAL PURPOSES, APPOINTING CO-LEAD INTERIM COUNSEL, AND PERMITTING FILING OF CONSOLIDATED COMPLAINT**

Judge: Hon. Troy L. Nunley

Filed: June 23, 2026
Removed: August 6, 2026

---

**ORVAL CRONE III** and **JESSICA CRONE**; individually and on behalf of all others similarly situated,

Plaintiffs,

v.

**WAL-MART STORES, INC.**, a Delaware Corporation; **WAL-MART ASSOCIATES, INC.**, a Delaware Corporation; and **WALMART, INC.**, a Delaware Corporation,

Defendants.

**Case No. 2:26-cv-02728-TLN-SCR**

Judge: Hon. Troy L. Nunley

Filed: July 2, 2026
Removed: August 7, 2026

The Parties in *Mehrkens v. Walmart Inc.*, Case No. 2:26-cv-02710-TLN-SCR (the "*Mehrkens* Action") and *Crone, et al. v. Walmart Inc., et al.*, No. 2:26-cv-02728-DAD-AC (the "*Crone* Action"), filed a stipulation to consolidate their cases into a single action before this Court for pre-trial purposes. The Court, having considered the papers and pleadings on file, and good cause appearing, hereby grants the stipulation and orders the following:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the *Mehrkens* Action and *Crone* Action shall be consolidated for pre-trial purposes only into one action (hereafter, the "Consolidated Action"). Any additional actions arising under same or similar operative facts now pending or hereafter filed in, removed or transferred to this District may be consolidated for pre-trial purposes upon stipulation of the Parties or order of the Court.

2. The master docket and master file for the Consolidated Action shall be Case No. 2:26-cv-02710-TLN-SCR and the Consolidated Action shall bear the caption *In re: Wal-Mart ALPR Litigation*. All papers filed in the Consolidated Action must be filed under Case No. 2:26-cv-02710-TLN-SCR, the number assigned to the first-filed case.

3. M. Anderson Berry of Emery Reddy, PC, William J. Edelman of Milberg PLLC, and Michael Connett of Siri & Glimstad LLP are appointed as co-lead interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3).

4. Plaintiffs shall file a consolidated complaint within 30 days of this Order.

5. Defendants shall have 45 days from the date the consolidated complaint is filed to file their answer, objections, or other response.

6. In the event that Defendants' response to the consolidated complaint takes the form of a motion to dismiss, Plaintiffs shall have 30 days to oppose the motion, and Defendants shall have 21 days to file a reply.

7. This Order is without prejudice to any rights that any party may have including, but not limited to, the right to oppose consolidation of additional actions, to oppose class certification on any grounds, to assert any defense or affirmative defense, and to challenge the adequacy, typicality, or standing of any plaintiff or putative class representative. Nothing in this Order shall constitute an admission of the merit of any claim, defense, or factual allegation.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 26, 2026

Troy L. Nunley
Chief United States District Judge